UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:16MJ362(DFM) |
| RONALD PEREZ | : | September 21, 2016 |

CONSENT MOTION TO CONTINUE BAIL HEARING

The Defendant, Ronald Perez, through undersigned counsel, hereby requests a continuance of the bail hearing presently scheduled for Wednesday, September 21, 2016, until Wednesday, September 28, 2016.  In support of this motion, the Defendant states the following grounds:

1)  On September 14, 2016, Mr. Perez was presented before the Honorable United States Magistrate Judge Donna F. Martinez.

2) At that arraignment, the Court heard the government's motion for pretrial detention. Taking that motion under advisement, the hearing was continued until Monday, September 21, 2016.

3) The defense met on September 17, 2016, and agreed that an adjournment would prove beneficial in the matter.  The requested continuance will allow the defense more time to prepare a bail package.  Additionally, it will allow the family more time to potentially retain counsel.

4) Counsel for the government, Brian Leaming, Esq., has no objection to the continuance of the bail hearing and is available Wednesday, September 28, 2016.

                       Respectfully submitted,

                       THE DEFENDANT,
                       Ronald Perez

                       FEDERAL DEFENDER OFFICE

Dated: September 21, 2016        /s/ Tracy Hayes
                                     Tracy Hayes
                                     Assistant Federal Defender
                                     265 Church Street, Ste. 702
                                     New Haven, CT 06510
                                     Bar No.: phv06527
                                     Email: tracy_hayes@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 21, 2016, a copy of the foregoing CONSENT MOTION TO CONTINUE BAIL HEARING was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                       /s/ Tracy Hayes
                       Tracy Hayes